IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

| | | |
|---|---|---|
| JUDITH A. PERKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2019 – LM – 326 |
| | ) | |
| TRANSAMERICA CORPORATION | ) | |
| d/b/a TRANSAMERICA RETIREMENT | ) | |
| SOLUTIONS, an Iowa Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS

To Each Defendant:  Transamerica Corporation d/b/a Transamerica Retirement Solutions, an Iowa Corporation
c/o Sheila Luken Registered Agent
4333 Edgewood Rd NE
Cedar Rapids, IA 52499

YOU ARE SUMMONED and required to file an answer in this case or otherwise file your appearance, in the office of the clerk of this court, Macon County Courts Facility, 253 E. Wood Street, Decatur, Illinois, within thirty [30] days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF PRAYED FOR IN THE COMPLAINT.

To the Officer: This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so endorsed. This summons may not be served later than thirty [30] days after its date.

WITNESS, 6/4/2019 _____ 2019

_____
Circuit Clerk

BY: _____BH_____
      Deputy

Zachary T. Anderson
BOLEN ROBINSON & ELLIS, LLP
202 South Franklin, 2nd Floor
Decatur, Illinois 62523
Telephone: 217.429.4296
Fax: 217.329.0034
E-mail: zanderson@brelaw.com

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with a e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp

MACON COUNTY ILLINOIS
5/28/2019 3:52 PM
LOIS A. DURBIN
CLERK OF THE CIRCUIT COURT

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

| | |
|---|---|
| JUDITH A. PERKINS, | ) |
| | ) |
| Plaintiff, | ) 2019LM326 |
| | ) |
| v. | ) 2019 – LM – |
| | ) |
| TRANSAMERICA CORPORATION | ) |
| d/b/a TRANSAMERICA RETIREMENT | ) |
| SOLUTIONS, an Iowa Corporation, | ) |
| | ) |
| Defendants. | ) |

## VERIFIED COMPLAINT

NOW COMES the Plaintiff, JUDITH A. PERKINS, by and through her attorneys, Bolen Robinson & Ellis, LLP, and for her Verified Complaint against Defendant TRANSAMERICA CORPORATION d/b/a TRANSAMERICA RETIREMENT SOLUTIONS, an Iowa Corporation, states and alleges as follows:

### The Parties

1. Plaintiff JUDITH A. PERKINS ("JUDY PERKINS") is an individual who resides in Macon County, Illinois.

2. Upon information and belief, Defendant TRANSAMERICA CORPORATION d/b/a TRANSAMERICA RETIREMENT SOLUTIONS is an Iowa Corporation ("TRANSAMERICA") with a principal place of business at 4333 Edgewood Road NE, Cedar Rapids, IA 52499.

### Jurisdiction and Venue

3. Personal jurisdiction is appropriate because Defendant TRANSAMERICA conducts substantial business in Illinois. 735 ILCS 5/2-209.

1

4. Subject matter jurisdiction is appropriate because actions brought under 29 USCS § 1132(a)(1)(B) may be brought in "State courts of competent jurisdiction." 29 USCS § 1132(e).

5. Venue is appropriate because the causes of action concern a contract which was formed and allegedly breached by Defendant TRANSAMERICA in Macon County, Illinois. 735 ILCS 5/2-101.

## *Operative Facts*

6. On January 31, 2014, as the result of her husband passing away, the mother of Plaintiff JUDY PERKINS, Lois A. Harris ("Mrs. Harris"), became the policyholder of an account in the TATE & LYLE AMERICAS LLC ("TATE & LYLE") Hourly Savings and Investment plan, Account No. QK62661 (the "policy"). At all relevant times, the policy was administered by Defendant TRANSAMERICA. Upon information and belief, the policy is subject to the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA").

7. On or around April 21, 2014, Mrs. Harris completed, signed, and submitted a Beneficiary Designation Form to Defendant TRANSAMERICA, listing Plaintiff JUDY PERKINS as the primary beneficiary of the policy. Attached hereto and incorporated herein as **Exhibit A** is a true and accurate copy of the Beneficiary Designation Form.

8. On April 22, 2018, four years after submitting the Beneficiary Designation Form to Defendant TRANSAMERICA, Mrs. Harris passed away. Her assets were subsequently distributed pursuant to an Illinois small estate affidavit.

9. On June 19, 2018, Plaintiff JUDY PERKINS submitted a Life Claim Statement and Mrs. Harris's death certificate to Defendant TRANSAMERICA. Attached hereto and incorporated herein as **Exhibit B** is a true and accurate copy of the Life Claim Statement.

2

10. On June 28, 2018, Plaintiff JUDY PERKINS submitted a Survivor Benefits Request to Defendant TRANSAMERICA, requesting distribution of the policy pursuant to the Beneficiary Designation Form dated April 21, 2014. Attached hereto and incorporated herein as **Exhibit C** is a true and accurate copy of the Survivor Benefits Request.

11. On July 6, 2018, Plaintiff JUDY PERKINS called Defendant TRANSAMERICA and spoke to an employee named "Doug" who stated that Defendant TRANSAMERICA and TATE & LYLE list conflicting beneficiaries on the policy. Plaintiff JUDY PERKINS offered to fax a copy of the Beneficiary Designation Form attached hereto as **Exhibit A** but was told that Defendant TRANSAMERICA already lists her as 100% beneficiary so faxing the form again was not necessary. Plaintiff JUDY PERKINS was then told by an employee named "Mike" that in cases of conflicting beneficiaries, whomever is listed as the beneficiary in the system of Defendant TRANSAMERICA will be considered the beneficiary and thus will receive the policy proceeds. These two representations left Plaintiff JUDY PERKINS with the impression that the policy would promptly be distributed pursuant to the Beneficiary Designation Form.

12. On July 26, 2018, Plaintiff JUDY PERKINS received correspondence from Defendant TRANSAMERICA which stated in relevant part: "no beneficiary was designated for [the policy] and/or the participant's spouse has relinquished any claim to [the policy]." Attached hereto and incorporated herein as **Exhibit D** is a true and accurate copy of the July 26, 2018 correspondence.

13. On September 5, 2018, legal counsel retained by Plaintiff JUDY PERKINS submitted correspondence to Defendant TRANSAMERICA requesting that the policy be distributed pursuant to the Beneficiary Designation Form attached hereto as **Exhibit A**. In response to the September 5, 2018 correspondence, Defendant TRANSAMERICA re-submitted

3

the July 26, 2018 correspondence attached hereto as **Exhibit D** directly to Plaintiff JUDY PERKINS without even changing the date on the correspondence.

14. On November 9, 2018, legal counsel for Plaintiff JUDY PERKINS again submitted correspondence to Defendant TRANSAMERICA requesting that the policy be distributed pursuant to the Beneficiary Designation attached hereto as **Exhibit A**. In response to the November 9, 2018 correspondence, Defendant TRANSAMERICA again re-submitted the July 26, 2018 correspondence attached hereto as **Exhibit D** directly to Plaintiff JUDY PERKINS without even changing the date on the correspondence.

15. On December 28, 2018, legal counsel for Plaintiff JUDY PERKINS yet again submitted correspondence to Defendant TRANSAMERICA requesting that the policy be distributed pursuant to the Beneficiary Designation attached hereto as **Exhibit A**. In response to the December 28, 2018 correspondence, Defendant TRANSAMERICA once again re-submitted the July 26, 2018 correspondence attached hereto as **Exhibit D** directly to Plaintiff JUDY PERKINS without even changing the date on the correspondence.

16. On February 14, 2019, Plaintiff JUDY PERKINS and her financial advisor called Defendant TRANSAMERICA and spoke with an employee named Kayla Nunemaker. Ms. Nunemaker informed Plaintiff JUDY PERKINS and her financial advisor that Defendant TRANSAMERICA lists Plaintiff JUDY PERKINS as 100% beneficiary of the policy and that she would provide the previously submitted documentation to the "Priority P Team." Ms. Nunemaker also apologized for a lack of communication between Defendant TRANSAMERICA and TATE & LYLE and promised to conduct internal research to determine what went wrong in order to prevent a similar situation from happening to a legitimate beneficiary in the future.

17. On February 21, 2019, Ms. Nunemaker called Plaintiff JUDY PERKINS and reversed course, informing her that Defendant TRANSAMERICA requires that Plaintiff JUDY PERKINS submit notarized documentation listing personal information of her siblings along with a copy of her deceased mother's will. Plaintiff JUDY PERKINS refused to provide that private information because that private information had already been provided to Defendant TRANSAMERICA in the past.

18. On March 4, 2019, Plaintiff JUDY PERKINS, through her newly retained legal counsel, Bolen Robinson & Ellis, LLP, submitted correspondence to Defendant TRANSAMERICA again requesting that the policy be distributed pursuant to the Beneficiary Designation attached hereto as **Exhibit A**. To date, Defendant TRANSAMERICA has not responded to the March 4, 2019 correspondence.

19. As of March 31, 2019, the balance of the policy totaled $17,309.20.

## COUNT 1
### Employee Retirement Income Security Act of 1974

20. Plaintiff JUDY PERKINS incorporates the preceding paragraphs as if fully set forth herein.

21. ERISA provides in relevant part: "A civil action may be brought . . . by a participant or beneficiary to recover benefits due to him under the terms of his plan [or] to enforce his rights under the terms of the plan." 29 USCS § 1132(a)(1)(B).

22. ERISA also provides in relevant part: "In any action under this title . . . by a participant, beneficiary, or fiduciary, the court in its discretion may allow reasonable attorney's fee and costs of action to either party." 29 USCS § 1132(g)(1).

23. Upon information and belief, the policy at issue is an ERISA qualified plan.

24. Plaintiff JUDY PERKINS is the 100% beneficiary of the policy. *See* **Exhibit A.**

5

25. Defendant TRANSAMERICA, the administrator of the policy, has failed to disburse the benefits of the policy to Plaintiff JUDY PERKINS despite acknowledging that Plaintiff JUDY PERKINS is the 100% beneficiary of the policy.

26. Plaintiff JUDY PERKINS has incurred substantial attorney fees in pursuit of compelling Defendant TRANSAMERICA to disburse the benefits of the policy.

WHEREFORE, Plaintiff JUDY PERKINS requests that this Court enter an Order requiring Defendant TRANSAMERICA to:

   a. Find that Defendant TRANSAMERICA is in violation of ERISA by not disbursing the benefits of the policy to Plaintiff JUDY PERKINS;

   b. Disburse the benefits of the policy to Plaintiff JUDY PERKINS pursuant to 29 USCS § 1132(a)(1)(B);

   c. Award attorney fees and court costs to Plaintiff JUDY PERKINS pursuant to 29 USCS § 1132(g)(1);

   d. For such further relief as this Court deems just.

## COUNT II
### Breach of Contract

27. Plaintiff JUDY PERKINS incorporates the preceding paragraphs as if fully set forth herein.

28. Plaintiff JUDY PERKINS is a third-party beneficiary of a contract administered by Defendant TRANSAMERICA. *See* **Exhibit A**.

29. Plaintiff JUDY PERKINS has fulfilled all obligations under the Contract.

30. Defendant TRANSAMERICA is in breach of the contract by failing to disburse the benefits of the policy to Plaintiff JUDY PERKINS despite acknowledging that Plaintiff JUDY PERKINS is the 100% beneficiary of the policy.

WHEREFORE, Plaintiff requests that this Court enter an Order requiring Defendant TRANSAMERICA to:

    a. Find that Defendant TRANSAMERICA is in breach of the contract by not disbursing the benefits of the policy to Plaintiff JUDY PERKINS;

    b. Disburse the benefits of the policy to the Plaintiff JUDY PERKINS;

    c. For such further relief as this Court deems just.

May 28, 2019

Respectfully submitted,

/s/ Zachary T. Anderson
Zachary T. Anderson - ARDC No. 6329384
BOLEN ROBINSON & ELLIS, LLP
202 South Franklin, 2nd Floor
Decatur, Illinois 62523
Telephone: 217.429.4296
Fax: 217.329.0034
E-mail: zanderson@brelaw.com

Attorney for Plaintiff.

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she/he verily believes the same to be true.

_____
JUDY PERKINS

07/13/16  11:45:13  FAX Prod Collective →  CBASANDFAXREP03 Money Services  Page 002

## TRANSAMERICA
Retirement Solutions

### Beneficiary Designations

**Instructions**

To designate a beneficiary or to change your existing beneficiary designation on an annuity plan, complete all applicable sections of this form, obtain any required signatures, and return it to your Plan Administrator. To confirm if your plan is an annuity plan please see your Plan Administrator or call Transamerica at 800-755-5801. For further information, please refer to the Qualified Pre-Retirement Survivor Annuity Explanation.

[X] Initial Designation    [ ] Change of Designation

### Section A. Employer Information

Company/Employer Name: **Tate & Lyle Americas LLC**

Contract/Account No.: **QK 62661**    Affiliate No.: **00001**    Division No.:

### Section B. Personal Information

Social Security No.: [redacted]    Date of Birth (mm/dd/yyyy): **11-16-1927**

First Name/Middle Initial: **Lois A.**    Last Name: **Harris**

Mailing Address: **2931 E. Wallace ST.**

City: **Decatur**    State: **IL**    Zip Code: **62526**

Phone No.: **217-855-0230**    Ext.:

E-mail Address: **N/A**

Marital Status: [ ] Married  [ ] Single/Divorced  [X] Widowed

### Section C. Primary Beneficiary Designation – Will receive benefits in the event of your death

This designation will apply to the account number above. You must designate a specific percentage for each beneficiary. Shares must be whole percentages and total 100%. If you do not indicate shares, benefits will be split equally among surviving beneficiaries. If the named beneficiary is a trust, please specify the name and date of the trust, and the name of the trustee.

*Note: Shares of benefits must total 100% for primary beneficiaries. If additional space is needed to designate multiple beneficiaries, complete the Supplemental Beneficiary Designation page.*

Share of Benefit: **100** % (whole percentages only)    Relationship: **Daughter**

Last Name: **PERKINS**    Date of Birth (mm/dd/yyyy): **07-28-1951**

First Name/Middle Initial: **JUDITH A.**    Social Security No.: [redacted]

Mailing Address: **1594 DOGWOOD CIR.**

City: **MT ZION**    State: **IL**    Zip Code: **62549**


PLAINTIFF'S EXHIBIT A

**Primary Beneficiary Designation (continued)**

- Share of Benefits: ____ % (whole percentages only)
- Relationship: ____
- Last Name: ____
- Date of Birth (mm/dd/yyyy): ____
- First Name/Middle Initial: ____
- Social Security No.: ____
- Mailing Address: ____
- City: ____  State: ____  Zip Code: ____

**Section D. Contingent Beneficiary(ies) – Will receive benefits if no primary beneficiary is living at the time of your death**

Note: Share of benefits must total 100% for contingent beneficiaries. If additional space is needed to designate multiple beneficiaries, complete the Supplemental Beneficiary Designation page.

- Share of Benefits: ____ % (whole percentages only)
- Relationship: ____
- Last Name: ____
- Date of Birth (mm/dd/yyyy): ____
- First Name/Middle Initial: ____
- Social Security No.: ____
- Mailing Address: ____
- City: ____  State: ____  Zip Code: ____

- Share of Benefits: ____ % (whole percentages only)
- Relationship: ____
- Last Name: ____
- Date of Birth (mm/dd/yyyy): ____
- First Name/Middle Initial: ____
- Social Security No.: ____
- Mailing Address: ____
- City: ____  State: ____  Zip Code: ____

### Section E. Waiver of Qualified Pre-Retirement Survivor Benefit (for married participants if spouse is not primary beneficiary)

I elect to waive all or a portion of the qualified pre-retirement survivor annuity death benefit coverage for my spouse. Instead, I designate the above beneficiary(ies) to receive all or a portion of the benefits upon my death.

X_____    X_____
Participant Signature                Date

### Section F. Spousal Consent (if spouse is not primary beneficiary)

I consent to my spouse's waiver of my rights to all or a portion of the qualified pre-retirement survivor annuity death benefit coverage. I understand that this consent means I may not receive any (or only a portion) of my spouse's retirement benefits under the plan in the event of my spouse's death prior to payment of benefits under the plan. Instead I agree to the above designation of beneficiary(ies) to receive all or a portion of benefits upon my spouse's death. I further understand that if my spouse wishes to change the above beneficiary designation, my written consent will be required.

X_____    X_____
Spouse Signature                     Date

WITNESSED

X_____    X_____
Plan Administrator or Notary Public Signature and Stamp/Seal    Date

### Section G. Participant Signature

I certify that the information provided on this form is correct and complete.

X *Rosie A. Blancini* _____    X *blanc 2014* ____
Participant Signature                Date

X *Lois A. HARRIS* _____    X [redacted]
Print Name                          Social Security Number

### Section H. Plan Administrator Signature

I certify that the information provided on this form is correct and complete, and that any required consents and waivers have been obtained.

X_____    X_____
Plan Administrator Signature        Date

## Supplemental Beneficiary Designations

Social Security No. [        ]

First Name/Middle Initial [        ]   Last Name [        ]

*Note: Share of benefits must total 100% for primary beneficiaries (will receive benefits in the event of your death) AND 100% for contingent beneficiaries (will receive benefits if no primary beneficiary is living at the time of your death).*

☐ Primary Beneficiary    ☐ Contingent Beneficiary

Share of Benefits [     ] % (whole percentages only)    Relationship [        ]

Last Name [        ]    Date of Birth (mm/dd/yyyy) [        ]

First Name/Middle Initial [        ]    Social Security No. [        ]

Mailing Address [        ]

City [        ]    State [     ]   Zip Code [        ]

☐ Primary Beneficiary    ☐ Contingent Beneficiary

Share of Benefits [     ] % (whole percentages only)    Relationship [        ]

Last Name [        ]    Date of Birth (mm/dd/yyyy) [        ]

First Name/Middle Initial [        ]    Social Security No. [        ]

Mailing Address [        ]

City [        ]    State [     ]   Zip Code [        ]



**TRANSAMERICA**
**LIFE INSURANCE COMPANY**
2700 West Plano Parkway • Plano, Texas 75075-8200

Toll-Free Phone Number: 1-800-692-5246 · Fax Number: 888-397-8266

## Life Claim Statement

**A Certified Death Certificate should be furnished.**
By furnishing forms and investigating the claim, the company does not admit that there is any insurance in force and does not waive any of its rights or defenses.

### COMPLETE THE FOLLOWING:

**DECEASED'S NAME (AKA):** FIRST: Lois  MIDDLE: Aileen  LAST: Harris
**DECEASED'S CITIZENSHIP:** (X) U.S.  ( ) OTHER, PLEASE SPECIFY WHICH COUNTRY.
**RESIDENCE ADDRESS:** STREET: 2931 E. Wallace Ave.  CITY, STATE & ZIP CODE: Decatur, IL 62526
**DATE OF BIRTH OF DECEASED:** 11-16-1929  **CAUSE OF DEATH:** Metastatic Cholangio Carcinoma
**POLICY / CERTIFICATE NUMBERS:** #QK62661 + 72L21659384

### CLAIMANT INFORMATION

**NAME:** FIRST: Judith  MIDDLE: Anne  LAST: Perkins  **DATE OF BIRTH:** 07-28-51
**ADDRESS:** STREET: 1394 Dogwood Cir  APT#/STE#:  CITY: Mt Zion  STATE: IL  ZIP CODE: 62549
**Your Relation to the Deceased:** Daughter + POA  **Your Social Security Number:** [redacted]  **Your Day Phone Number:** 217-422-8627  **Your Email Address:** perkier146@comcast.net
**BENEFICIARY'S/CLAIMANT'S CITIZENSHIP:** (X) U.S.  ( ) OTHER, PLEASE SPECIFY WHICH COUNTRY.

If the correct Taxpayer ID or Social Security number is not supplied, Federal and State income tax withholding may apply.
Under penalty of perjury, I certify that the information supplied on this form is true, correct, and complete.
Please sign the same signature as you use on your checks.

X /s/ Judith Anne Perkins   **Current Date:** 06-19-18

G (09/14)  L1PG1



PLAINTIFF'S EXHIBIT B



# TATE & LYLE — Survivor Benefits Request

## INSTRUCTIONS
To request payment of survivor benefits, complete all applicable sections of this form, obtain any required signatures, and return the form to Transamerica at 4333 Edgewood Road NE, Mail Drop 0001, Cedar Rapids, IA 52499 (Attn: Retirement Analysis Department) or fax to 866-592-4540. For more information, please refer to the Special Tax Notice Regarding Plan Payments. If you have questions about the completion of this form, call us (Retirement Analysis Department) at 1-866-849-3506.

## PLAN SPONSOR INFORMATION
- Plan Name: Tate & Lyle Hourly Savings and Investment Plan
- Contract/Account No.: QK62661
- Affiliate No.: 00001
- Division No.:

## DECEASED PARTICIPANT INFORMATION
- Social Security No.: [redacted]
- Date of Birth (mm/dd/yyyy): 11-16-1927
- First Name/Middle Initial: Lois A.
- Last Name: Harris
- Date of Death: 04-22-2018

## CLAIMANT INFORMATION (For distribution by check, any address change on this survivor benefit request will require your notarized signature)
- Social Security No. (or TIN for trust/estate): [redacted]
- Date of Birth (mm/dd/yyyy): 07-28-1951
- First Name/Middle Initial: Judith A.
- Last Name: Perkins
- Mailing Address: 1594 Dogwood Circle
- City: Mt Zion
- State: IL
- Zip Code: 62549
- Phone No.: 217-422-8627
- Ext.:
- E-mail Address: perkier146@comcast.net
- Relationship to Deceased: Daughter

## REQUIRED DOCUMENTATION
If not already provided, please include a certified copy of the participant's death certificate, proof of claimant's age, and any other required information as indicated. If the claimant is a contingent beneficiary, also attach a certified copy of the primary beneficiary's death certificate. If the claimant is an executor, administrator, guardian, trustee or other legal representative, attach a certificate of appointment or authority. This form must be signed both by the person legally entitled to receive the proceeds of the participant's account and the Plan Sponsor. If there is more than one claimant, complete a separate form for each beneficiary.

2121 Survivor Benefit – Rev 9/17 (Page 1 of 5)



PLAINTIFF'S EXHIBIT C

SPOUSAL BENEFICIARY DISTRIBUTION OPTIONS

SecurePath for Life Election (applicable only if the participant was invested in SecurePath for Life)

If you are the spousal beneficiary of a participant invested in SecurePath for Life (SPL), select one of the boxes below to make your election. Please refer to the SecurePath for Life Beneficiary Statement and the SecurePath for Life Participant Disclosure Statement for more information about the participant's status and the terms of the product

If the participant was Locked-In and had elected joint coverage, you may elect one of the following options if you want to continue the SPL investment:

- [ ] Leave SPL funds on deposit and continue receiving the SPL Guaranteed Income Amount payment at the same frequency.
- [ ] Roll over entire SPL balance to the SecurePath for Life IRA (also complete SecurePath for Life IRA enrollment forms).

If the participant was not Locked-In and you are at least age 50, you may elect one of the following options if you want to continue the SPL investment. The participant's birthday will continue to be used to determine benefits under the SPL and joint guaranteed income rates will apply. See the SecurePath for Life Participant Disclosure Statement for more information.

- [ ] Leave SPL funds on deposit and maintain balance in SPL.
- [ ] Roll over entire SPL balance into a SecurePath for Life IRA (also complete SecurePath for Life IRA enrollment forms).

If you don't wish to continue the SPL investment, please check below. The SPL balance will be distributed in accordance with the option elected below. Any guarantees in effect may be eliminated by such a distribution

- [ ] The SPL balance should be distributed in accordance with the option elected below.

DISTRIBUTION OPTIONS

Availability of the following options may depend on plan provisions. Please refer to your letter for options available to you. All distributions must comply with IRS required minimum distribution regulations. In general, elections must be made so that distributions commence no later than December 31st of the year following the year of the participant's death. However, if the participant was receiving required minimum distributions at the time of their death, the account (or portion to which you are entitled) must be distributed at least as rapidly as under the method being used at the time of their death. A lump sum distribution is permissible. For additional information on any of these options, please call us (Retirement Analysis Department) at 1-866-849-9506.

Leave funds on deposit- (If you select this option, since you are not withdrawing funds from Transamerica, neither the Medallion Signature Guarantee nor the notary requirements apply)

Please elect one of the two options below:

- [ ] 5-year rule (Note: All benefits must be distributed by 12/31 following the 5th anniversary of the participant's death. Available only if participant had not reached the required beginning date for minimum distributions.)
- [ ] Delayed distribution (Note: Can only be delayed until the end of the calendar year in which the participant would have attained age 70 1/2. Available only to spouse designated as sole beneficiary.)

- [X] Lump sum Distribution-100%
- [ ] Purchase annuity (also complete Annuity Election, Form No. 2223)
- [ ] Rollover

Flexible Distribution Options  (available if leaving funds on deposit or rolling over to Transamerica IRA)
- [ ] Fixed Payment of $_____
- [ ] Fixed Payment over _____ years
- [ ] Life Expectancy
Month to begin payment:_____
Payment frequency:
  [ ] Monthly   [ ] Quarterly   [ ] Semi-Annual   [ ] Annual

ROLLOVER OPTIONS

Complete below only if you are electing the Rollover option from section above; otherwise, go to Payment Option Section.

[ ] Full Rollover - Roll over my entire account
[ ] Partial/Combination Rollover of $_____

For any remainder:

[ ] Roll over to new carrier
[ ] Distribute to me

*Please note that if electing a rollover, any required minimum distribution due for the year of the rollover must be distributed prior to the rollover transaction.*

Type of Rollover for Spousal Beneficiaries

[ ] Rollover to a Traditional IRA or SIMPLE IRA *(The SIMPLE IRA must be at least two years old)*
[ ] Rollover to a Roth IRA
[ ] Rollover my taxable portion to a Traditional or SIMPLE IRA and my non-taxable portion to a Roth IRA
[ ] Rollover to an eligible retirement plan (e.g. qualified plan, 403(b) plan or governmental 457(b) plan).

Type of Rollover for Non-Spousal Beneficiaries

[ ] Rollover to an Inherited IRA or SIMPLE IRA *(The SIMPLE IRA must be at least two years old)*
[ ] Rollover to an Inherited Roth IRA
[ ] Roll over to an Inherited IRA with another financial institution.* *Note: Roth account monies cannot be rolled over to a Traditional IRA.*
[ ] Roll over to an Inherited Roth IRA with another financial institution.* *Note: If you elect a rollover to a Roth IRA, you will be taxed on the amount includible in gross income as if the distribution was not rolled over.*

*If rolling over to another financial institution, you must carry-forward the distribution option selected below with the new provider

[ ] Lifetime Expectancy Distribution (LED)
[ ] Installment payments of $_____
[ ] Frequency:
   [ ] Monthly
   [ ] Quarterly
   [ ] Semi-Annual
   [ ] Annual
[ ] 5-year Rule (only available if under age 70 1/2)

For Spousal and Non-Spousal Beneficiaries if rolling over:

IRA/Plan Provider Name:_____

IRA/Plan Provider Address:_____

IRA/Plan Account No.:_____

IRA/Plan Provider Contact Name/Phone No.:_____

Note: If you currently have Roth money in the plan, a Letter of Acceptance is required, regardless of the amount, when rolling over into another Roth plan. This is to ensure that the receiving plan accepts Roth money. The Letter of Acceptance must include: name and address of provider, type of plan(s) receiving rollover and authorized signature of provider.

PAYMENT OPTIONS AND INFORMATION

For Distributions Payable to Participant: *(Complete only if electing a full or partial cash distribution of your account balance)*

[X] Direct Deposit to my bank account. *This is an electronic transfer of funds directly into your bank account, generally within two business days of the withdrawal from your account, at no cost to you. A completed Payment Options form (attached) is required.*

[ ] Wire transfer for direct rollovers or transfers to another institution ($5,000 minimum). *A completed Payment Options form (attached) is required.*

[ ] Check. *Please note that our policy is to wait 10 business days from the check issue date before placing a stop payment at the bank. If any change of address was indicated in the Personal Information section, your notarized signature will be required in the Claimant Signature section.*

2121 Survivor Benefit – Rev 9/17 (Page 3 of 5)

Note: If one of the above payment options is not selected, or if a completed Payment Options form does not accompany this form, your distribution will be processed in the form of a check.

## TAX WITHHOLDING

Federal Income Tax Withholding for Beneficiaries - 20% mandatory withholding generally applies if an eligible rollover distribution is to a beneficiary unless the beneficiary elects a direct rollover for the distribution. For distribution options that are not eligible rollover distributions, 10% withholding applies unless you elect otherwise below. For more information, please refer to the Special Tax Notice Regarding Plan Payments.

[X] Withhold federal income tax in a percentage other than 10%: **20** % *Total withhold.*

State Income Tax Withholding for Beneficiaries – Withholding is mandatory in some states. Other states allow an independent election and in these states, state tax will be withheld unless you elect otherwise. If your state requires a greater withholding percentage than what you have indicated, the mandatory state tax will apply. If your state does not allow withholding, no state tax can be withheld. Please contact us to confirm if your state has a mandatory state tax.

[ ] Do not withhold state income tax (if independent election is permitted)

[X] Withhold state income tax **0** %

Federal Income Tax Withholding for Rollovers to a Roth or Inherited Roth IRA (as applicable) for Beneficiaries- The direct rollover of any portion of your account balance is not subject to mandatory federal or state tax withholding. If you have indicated in the Distribution Section above that you wish to make a direct rollover to a Roth IRA (spousal beneficiary only) or to an Inherited Roth IRA (non-spousal beneficiary only) from a non-Roth account, and you want to voluntarily have federal and/or state tax withheld on the taxable portion of such rollover, indicate the applicable percentages here:

[ ] Federal: _____ %

[ ] State: _____ %

Note: Starting in 2011, a qualified distribution of Roth contributions and earnings is a nontaxable distribution. See the Special Tax Notice Regarding Plan Payments for the definition of a "qualified distribution" from a Roth account.

## MEDALLION SIGNATURE GUARANTEE

A request for a withdrawal of $150,000 or more requires that this completed form be stamped with a *medallion signature guarantee*. You can obtain a medallion signature guarantee from a financial institution such as a commercial bank, savings bank, credit union, or broker-dealer. <u>A notary is NOT a medallion signature guarantee, and the original form with a medallion signature must be returned via mail (overnight if needed).</u>

*Please note, for this purpose, the value of the withdrawal is based on the amount available (for full distributions and rollovers) on the date of processing and multiple withdrawal requests within a 14-day period that total $150,000 or more will also be subject to the medallion signature guarantee requirements.*

## MEDALLION SIGNATURE GUARANTEE (REQUIRED FOR WITHDRAWALS OF $150,000 OR MORE)

Please place the medallion signature guarantee in the space below:

## BENEFICIARY INFORMATION (IF LEAVING FUNDS ON DEPOSIT WITH TRANSAMERICA)

Please complete a Beneficiary Designation Form if leaving funds on deposit. Contact us at 1-866-849-8506 for further information.

## CLAIMANT SIGNATURE



**TRANSAMERICA**

4333 Edgewood Road NE | Cedar Rapids, IA 52499

Judith Perkins
1594 Dogwood Circle
Mt Lion, IL 62549

July 26, 2018

Transamerica Retirement Solutions
Participant Name: Lois Harris
Account Number: QK62661 00001

Dear Judith Perkins:

You recently notified us of the passing of Lois Harris. Please accept our sincere condolences for your loss.

As you know, Lois Harris had a retirement account in the Tate & Lyle Hourly Savings and Investment 401(k) Plan. Our company provides services for this account.

Our records show that no beneficiary was designated for this account and/or the participant's spouse has relinquished any claim to this account. Because there is no designated beneficiary, we're required to distribute the account assets according to plan defaults in the following order of priority:

- Surviving spouse. If there is no surviving spouse or the participant's spouse relinquished their claim, use the next option.

  - Issue per stirpes (descendants of participant by right of representation). If the participant had no children (no issue), use the next option.

    - Surviving parents in equal shares. If there are no surviving parents, use the next option.

- Estate.

---

Before we can distribute money from this account, we'll need certain information from you. Please read through the order of priority above to determine the default beneficiary(ies) for this account.

Based on the default beneficiary(ies) that you identify, select the appropriate paragraph below and follow the instructions to provide the information we need. As indicated below, we'll need a notarized letter, plus supporting documentation or certificates. For your convenience, we've enclosed a pre-addressed envelope.

---

- Issue per stirpes



PLAINTIFF'S EXHIBIT D

Please submit a notarized letter that includes contact information (name, address, and phone number) for the participant's surviving children. If any of the participant's children are deceased, but are survived by their own children, please include contact information for those surviving children (grandchildren of the participant), and provide a death certificate for any deceased child of the participant.

- Surviving parents in equal shares

Please submit a notarized letter that includes contact information (name, address, and phone number) for the participant's surviving parent or parents. Include copies of death certificates for any deceased children of the participant, any deceased grandchildren of the participant if per stirpes is applicable, and any deceased parent of the participant.

- Estate
  a) Please submit a notarized letter stating that the participant was <u>not</u> survived by a spouse, or children (or grandchildren who are surviving children of the participant's deceased children, if per stirpes is applicable). Please include supporting documentation, such as death certificates or obituaries.

  b) In addition, please provide documentation about the participant's estate, including Letters Testamentary, a Letter of Administration, or a short certificate, plus the estate's EIN (tax identification number). If no individual has been appointed as representative, administrator, or executor of the estate, you may contact the county court to see if the small estate statute applies. Most states will appoint an individual as representative of an estate when the value of the estate is not greater than a specific amount, but each state has its own rules.

Although we can't give legal or tax advice, we're available to provide general information that may be helpful to you. Don't hesitate to call us with any questions.

Please send correspondence with any required forms and documentation to the following address:

Transamerica
Mail Stop 0001
4333 Edgewood Road NE
Cedar Rapids, IA 52499

If you have questions about this letter, please call us at 866-849-3506, Monday through Friday between 8:00 a.m. and 6:00 p.m. ET. We'll be glad to assist you.

Warmest regards,

Transamerica

Enclosure(s):   Postage Paid Return Envelope

JM